```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JOSEPH BROWN,                           :
                        Plaintiff,      :
                                        :    07 Civ. 11356 (DLC)
            -v-                         :
                                        :    ORDER OF
THE CITY OF NEW YORK, DETECTIVE ANDREY  :    DISCONTINUANCE
SMIRNOV, UNDERCOVER POLICE OFFICER      :
#29443, and LIEUTENANT SEAN TAYLOR,     :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08
```

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

   SO ORDERED:

Dated:   New York, New York
         March 19, 2008

                                    _____
                                         DENISE COTE
                                    United States District Judge