```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOSEPH BROWN,

                               Plaintiff,

              -against-

THE CITY OF NEW YORK, DETECTIVE
ANDREY SMIRNOV, UNDERCOVER POLICE
OFFICER #29443, LIEUTENANT SEAN TAYLOR,

                             Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

07 Civ. 11356 (DLC)

------------------------------------------------------------------x

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about December 18, 2007, alleging that defendants City, Smirnov, Undercover Police Officer #29443 and Taylor violated plaintiff's federal civil and state common law rights; and

        **WHEREAS,** defendants City, Smirnov, Undercover Police Officer #29443 and Taylor have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2.  The City of New York hereby agrees to pay plaintiff the sum of Thirty Thousand ($30,000.00) Dollars in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against defendants City, Smirnov, Undercover Police Officer #29443, and Taylor and to release the defendants, any present or former employees and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged by plaintiff arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney fees.

3.  Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4.  Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.  Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6.  This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
_____

| | |
|---|---|
| RICHARD CARDINALE<br>Cardinale & Marinelli<br>Attorneys for Plaintiff<br>26 Court Street, Suite 1815<br>Brooklyn, New York 11242 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>Attorney for Defendants<br>100 Church Street<br>New York, New York 10007<br>(212) 788-0906 |
| By: _____<br>RICHARD CARDINALE (RC8507)<br>Attorney for Plaintiff | By: _____<br>SHAWN FABIAN (SF4606)<br>Assistant Corporation Counsel |

SO ORDERED:

*The Clerk of Court shall close the case.*

_____
U.S.D.J.

March 26, 2008